# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1430EA

_____

|  |  |  |
|---|---|---|
| Frances Birmingham, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Louisiana Cotton Association | * | |
| Agricultural Compensation Self-Insurance Fund, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Intervenor, | * | |
| | * | |
| v. | * | [UNPUBLISHED] |
| | * | |
| Union Pacific Railroad Company, a | * | |
| Utah Corporation, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: November 16, 1998
Filed: November 27, 1998

_____

Before RICHARD S. ARNOLD and FAGG, Circuit Judges, and DAWSON,* District
    Judge.

_____

PER CURIAM.

_____

*The Honorable Robert T. Dawson, United States District Judge for the Western
District of Arkansas, sitting by designation.

Frances Birmingham appeals from an adverse jury verdict in this personal injury action. Birmingham raises several contentions related to the admissibility of evidence offered by Union Pacific Railroad Company and the rulings and instructions of the district court. Because the parties' submissions show they are thoroughly familiar with the issues before the court, we conclude that an extensive discussion would serve no useful purpose. Having considered the record, the briefs, and the relevant state law, we reject Birmingham's contentions of reversible error. We thus affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.